# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kyle Curtis Puryear<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         6:25-mj- 1899<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 14, 2025  in the county of  Orange  in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threating Interstate Communications |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Hamilton, FBI Task Force Officer
*Printed name and title*

Sworn to before me over video conference or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/15/2025

*Judge's signature*

City and state: Orlando, FL    DANIEL C. IRICK, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                CASE NO. 6:25-mj- 1899

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Hamilton, a Special Deputy United States Marshal assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer, being duly sworn, do depose and state the following:

### Introduction

1. I make this affidavit in support of a criminal complaint charging Kyle Curtis Puryear ("PURYEAR"), with Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c).

2. This affidavit is not intended to be a complete and detailed description of all the facts and evidence discovered during this investigation. I have set forth only the information I believe necessary to establish probable cause that a violation of federal law has been committed.

### Agent Background

3. I, Jacob Hamilton, am a Special Agent with the FBI. I have been employed by the FBI for approximately six years. I am assigned to the FBI's Joint Terrorism Task Force, where, among other violations, I have investigated various threat-related matters, including school shooting threats and interstate threatening communications. During the course of my law enforcement experience, I have participated in numerous complex investigations involving violent crimes such as

1

domestic terrorism, international terrorism, online threats, and other crimes against persons.

4. Based on the investigation described in this affidavit, there is probable cause to believe PURYEAR transmitted, within interstate or foreign commerce, a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

**PROBABLE CAUSE**

5. On or about August 13, 2025, the FBI received a disclosure from Meta Platforms ("Meta") regarding a threatening post made on Facebook under the account displaying the name "NatureBoy Floyd." The user of the account was determined to be PURYEAR, as further detailed herein. Meta proactively provided the information to the FBI as a voluntary emergency disclosure under the belief the Facebook user posed an imminent risk of death or serious physical injury to another.

6. The entirety of the threatening post as reported by Meta is set forth below. I believe the post includes threats by PURYEAR to kill his ex-wife and her significant other over a custody battle for their children.

7. PURYEAR posted the following threat:

> "So the attorney i've been talking to and finally paid off. Said I can't take the court case to whare the kids were originally registered at now I gotta transfer attodoes saint petersburg. See a saint petersburg judge because they're saint petersburg kids because they've been there for over a year! My kids are now living in a f****** city! This b**** has to put my children in a crack house.Take them to Michigan to another crack house.Do this bullshit with

2

them filled with fucking bugs. Then take my kids to another f****** city and just says oh, we're Uber here and you gotta pay all the money to come see your f****** kids cuz.I wouldn't sign a goddamn divorce! Now you have to chase me from the fucking kids! I went.By the way, I asked you out of their lives.And I got some new man who's gonna take care of them now! My little coward b****I've known our entire relationship and have been talking to the entire relationship! Bitch Dale let me. Tell you something boy when I roll up.I don't give a f***How many friends are there?I'm putting a bullet in every one of them there before anyone even puts a fucking gun at me. I'm gonna shoot you with a full f****** clip.And I'm gonna stand there as you're breathing.Real hard fighting for air and i'm gonna keep unloading clip after fucking clip into you! And then i'm gonna walk in your fucking house and i'm gonna kill that fucking ex wife of mine. I'll swear to God.I'm about to do this! Any of your buddies are standing there I'm gonna shoot them too! You think you're gonna raise my f****** kids?After what this b**** has done with my children.M***********, you and even gonna raise your own f****** child.You're going to be dead! You are out of your mother fucking mind boy! First i'm gonna take the truck full fucking speed and to as many of you fuckers as I can! And don't worry. I'm already watching your neighbor across the fucking street! You intervene boy you're going to be put down too. I'm gonna f****** annihilate you f****** people.I'm gonna fill the truck with propane tanks , it's gonna be a big fucking bomb! You people are absolutely fucking stupid thinking you're taking my fucking children! You will not breathe on this planet again soon! I'm f****** stupid no.What's f****** stupid is I have to chase my f****** ex.Wife across the g****** country across another f****** state.Just to see my fucking kids when she has put them in danger multiple fucking times. And acts like she aint done.None of it is bullshit. Had absolutely fucking all I can take. This f****** b**** put my children literally in a f****** crackhouse.And people think I'm f****** lying about that.Net somehow my goddamn felt bullshit!"

3

8. Meta indicated the reported post was made on August 13, 2025, at 16:54 UTC. Meta further provided recent Internet Protocol (IP) addresses used to access the account, including IP address 2607:fb91:000f:c0ac:ac39:8271:cc86:df7a. This IP address was used to access the account approximately eight times on August 13, 2025, between 12:39 UTC and 16:49 UTC. Additionally META Platforms provided the phone numbers of +13869572950 and +13868475293 as being associated with the account. Based on my training and experience, I know +1 to be the country code for telephone numbers assigned to the United States, with the remaining ten digits being the three-digit area code and seven-digit phone number. The name of natureboy.floyd was used on the Facebook account, and the account owner provided a date of birth of March XX, 1989.

9. A query of law enforcement databases revealed the phone number 386-957-2950 was associated with PURYEAR with the same date of birth as that for the Facebook account owner of March XX, 1989 and Florida Driver's License xxxx-xxx-xx-099-0 as of April 2025.

10. Under the emergency disclosure provisions of 18 U.S.C. § 2702, service providers for IP address 2607:fb91:000f:c0ac:ac39:8271:cc86:df7a and phone numbers 386-957-2950 and 386-847-5293 provided the FBI with subscriber information for these facilities. The service providers showed PURYEAR was the subscriber to both IP address 2607:fb91:000f:c0ac:ac39:8271:cc86:df7a and phone number 386-957-2950 as of August 14, 2025.

11. The IP address's location was associated with T-Mobile in the Orlando area, which is in the Middle District of Florida.

12. Law enforcement conducted interviews of both PURYEAR's ex-wife (S.R.) and her significant other (D.W.) who are the subject of the threats. Both advised PURYEAR had been making threats against them for a period of time. The ex-wife advised PURYEAR has a history of domestic violence against her and believed PURYEAR would bring harm to her. As such she is fearful of PURYEAR. S.R. and D.W. both reside in the Middle District of Florida.

13. The ex-wife also advised she previously had a protection order against PURYEAR in the state of Alabama. She also stated PURYEAR violated that protection order while in Florida approximately three years ago. Additional threatening posts made by PURYEAR against the significant other were provided to law enforcement.

14. Consistent with S.R.'s statements, law enforcement records indicate PURYEAR was charged with domestic violence in Blount County, Alabama in June of 2019 and arrested for contempt of court for violating an injunction related to stalking in Flagler County, Florida in or about September 2023.

15. Based on the facts set forth above, there is probable cause to believe that PURYEAR committed Threating Interstate Communications in violation of 18 U.S.C. § 875(c).

This concludes my affidavit.

_____
Jacob Hamilton,
FBI Task Force Officer

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this __15th__
day of August, 2025.

_____
THE HONORABLE DANIEL C. IRICK
United States Magistrate Judge

6